```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF NEW HAMPSHIRE
```

<u>Annamarie Wanders</u>

    v.                                          Case No. 12-cv-88-PB

<u>Federal Home Loan Mortgage Corp.</u>

## <u>O R D E R</u>

    I hereby recuse myself from presiding over this case.  The case shall be assigned to Judge McAuliffe.

    SO ORDERED.

```
                                /s/Paul Barbadoro
                                Paul Barbadoro
                                United States District Judge
```

May 16, 2012

cc:  Finis Williams, III, Esq.
      Scott Owens, Esq.